IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 08-cv-02384-RPM

STEPHANIE JEAN CRAWFORD,

    Plaintiff,

v.

DANE BRANCH, an Officer with the Colorado State Patrol,
in his individual capacity, and
JANE DOE, an unknown dispatcher with the Colorado State patrol,
in her individual capacity,

    Defendants.

_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon consideration of the response to the Court's Order to Show Cause [5] filed on May 26, 2009, it is

ORDERED that this Court's Order to Show Cause entered on May 4, 2009, is discharged.

DATED: June 1st , 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge