IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 16. 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 08-cv-02384-RPM

STEPHANIE JEAN CRAWFORD,                                    C. Todd Kettlekamp

    Plaintiff,

v.

DANE BRANCH,                                                Patrick L. Sayas
an officer with the Colorado State patrol,
in his individual capacity; and
JANE DOE, an unknown dispatcher with the Colorado State Patrol,
in her individual capacity,

    Defendants.

---

## COURTROOM MINUTES
---

**Motion for Summary Judgment**

**2:30 p.m.   Court in session.**

Plaintiff present.

Court's preliminary remarks and states its understanding of the case.

2:36 p.m.   Argument by Mr. Sayas.
2:45 p.m.   Argument by Mr. Kettlekamp.

Court'S findings as stated on record.

**ORDERED:**   Defendant's Motion for Summary Judgment, filed February 12, 2010 [17], is denied.
Plaintiff's Exhibit 14-1 is accepted and filed as an attachment to these minutes.
Plaintiff permitted additional limited discovery with respect to the non-party state patrol as instructed on record.

Discussion regarding scheduling.

**ORDERED:**   Trial scheduled November 8, 2010.
Pretrial conference scheduled October 15, 2010 at 2:00 p.m.

**3:20 p.m. Court in recess.**          Hearing concluded.  Total time: 50 min.