IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 08-cv-02384-RPM

STEPHANIE JEAN CRAWFORD,

    Plaintiff,

v.

DANE BRANCH, an Officer with the Colorado State Patrol,
in his individual capacity, and
JANE DOE, an unknown dispatcher with the Colorado State patrol,
in her individual capacity,

    Defendants.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the hearing on April 16, 2010, it is

    ORDERED that this matter is set for trial to jury on **November 8, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED: April 19th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge