IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 08-cv-02384-RPM

STEPHANIE JEAN CRAWFORD,

    Plaintiff,

v.

DANE BRANCH, an Officer with the Colorado State Patrol,
in his individual capacity, and
JANE DOE, an unknown dispatcher with the Colorado State patrol,
in her individual capacity,

    Defendants.

_____

### ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing on April 16, 2010, it is

ORDERED that a pretrial conference is scheduled for **October 15, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **October 7, 2010.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

    DATED: April 19th, 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge