IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 08-cv-02384-RPM

STEPHANIE JEAN CRAWFORD,

    Plaintiff,

v.

DANE BRANCH, an Officer with the Colorado State Patrol,
in his individual capacity, and
JANE DOE, an unknown dispatcher with the Colorado State patrol,
in her individual capacity,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [29], filed on August 24, 2010, it is

    ORDERED that this complaint and action are dismissed with prejudice, each party to pay their own costs and fees.

    DATED: August 24th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge